1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CSBN 202121)
3  Acting Chief, Criminal Division

4
   STACEY P. GEIS (CSBN 181444)
5  Assistant United States Attorney

6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
7  Telephone: (415) 436-7126

8  Attorneys for Plaintiff

9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO
12
                       No. CR 07 0482 VRW
13
14  THE UNITED STATES OF AMERICA,    )    MOTION TO SEAL and (PROPOSED)
                                     )    SEALING ORDER
15       Plaintiff,                  )
                                     )    [UNDER SEAL]
16  v.                               )
                                     )
17  COLEMAN LAU,                     )
                                     )
18                                   )
         Defendant.                  )
19  _____)
                                     )
20

21
         The government respectfully requests that the Indictment in the above-referenced matter,
22
    any accompanying documents, and the (proposed) Order be sealed until further Order of the
23
    Court.   The government submits that the public filing of these documents might seriously
24
    compromise this investigation by alerting the defendant of the government's investigation and
25
    the arrest warrant that will issue with the Indictment. Due to logistics, the government will be
26
    unable to arrest the defendant for several weeks. Discovery of the Indictment could cause the
27
    defendant to flee prior to their arrest.
28

    SEALING ORDER

| | |
|---|---|
| DATED: July 23, 2007 | Respectfully submitted, |
| | SCOTT N. SCHOOLS<br>United States Attorney |
| | /s/ Stacey B. G.<br>STACEY P. GEIS<br>Assistant United States Attorney |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Government's Indictment in the above-referenced matter, any accompanying documents, and this Sealing Order itself are to be sealed by the Clerk of the Court until further order of this Court.

Dated: 7-24-07                                   _____
                                                  United States Magistrate Judge

SEALING ORDER