1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CSBN 202121)
3  Acting Chief, Criminal Division
4
   STACEY P. GEIS (CSBN 181444)
5  Assistant United States Attorney

6    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
7    Telephone: (415) 436-7126

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN FRANCISCO
12

13                                      )    No. CR 07 - 0482 VRW
                                        )
14  THE UNITED STATES OF AMERICA,       )    MOTION TO MODIFY SEALING ORDER
                                        )    and (PROPOSED) SEALING ORDER
15      Plaintiff,                      )
                                        )
16  v.                                  )
                                        )
17  COLEMAN LAU,                        )
                                        )
18      Defendant.                      )
                                        )
19  _____ )
                                        )
20

21
        On July 24, 2007, a grand jury returned an indictment against defendant Coleman Lau.
22
   To ensure the investigation was not compromised, the government requested and received an
23
   order from the Court sealing the Indictment and all accompanying documents. The Court issued
24
   a no bail arrest warrant. The government respectfully requests that the Court modify its sealing
25
   order to allow a copy of the arrest warrant be provided to the United States Attorney's Office so
26
   that the United States Fish & Wildlife Special Agent assigned the case can receive a copy of the
27
   arrest warrant and arrest the defendant.
28

   MODIFICATION TO SEALING ORDER

1
2  DATED: July 25, 2007                                Respectfully submitted,
3                                                      SCOTT N. SCHOOLS
                                                       United States Attorney
4
5
6                                                      _____
                                                       STACEY P. GEIS
7                                                      Assistant United States Attorney
8
9        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that a copy of the arrest
10 warrant in the above-referenced matter be provided to the Government, specifically, the United
11 States Attorney's Office for the Northern District of California and/or United States Fish &
12 Wildlife Special Agent Sean Mann, in order to facilitate the arrest of the defendant. Aside from
13 this one modification, the Government's Indictment in the above-referenced matter, any
14 accompanying documents, and this Sealing Order itself are to be sealed by the Clerk of the Court
15 until further order of this Court.
16
17
18 Dated: 7-25-07                                      _____
19                                                     United States Magistrate Judge
20
21
22
23
24
25
26
27
28

MODIFICATION TO SEALING ORDER