UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R. WALKER
United States District Chief Judge

Date:  September 13, 2007

Case No.  CR 07-0482  VRW

Case Title:  USA v.  COLEMAN LAU (PRESENT)

Attorneys:
    For the Government:  Stacey Geis

    For the Defendant(s):  Elizabeth Falk

Deputy Clerk:  **Cora Klein**            Reporter: Sahar McVickar
                                                                                        Interpreter:

## PROCEEDINGS

1)  Initial appearance/Status

2)  Defense received discovery from the govt and may file a motion

Case Continued to:    10/11/2007  at 1:30 PM    For Status/Set Motion hearing

Case Continued to:    at 1:30 PM    For Motion Hearing
(file motion:            opposition due:            reply due: )

Case Continued to:    at 1:30 PM    For Pretrial Conference
                                                                                                       (Including motions in-limine)

## ORDERED AT THE HEARING

time:

EXCLUDABLE DELAY :  Effective preparation of counsel
Begin:  9/13/07        End: 10/11/07