SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

STACEY P. GEIS (CSBN 181444)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7126
   Facsimile: (415) 436-7234
   Email: stacey.geis@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00482 VRW |
|    Plaintiff, ) | |
|    v. ) | STIPULATION AND [~~PROPOSED~~] ORDER DOCUMENTING EXCLUSION OF TIME |
| COLEMAN LAU, ) | |
|    Defendant. ) | |

     With the agreement of the parties in open court on September 13, 2007 and with the consent of the defendant Coleman Lau ("defendant"), the Court enters this order 1) ordering the next hearing in front of this Court to be on October 11, 2007 at 1:30 p.m., and 2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from September 13, 2007 to October 11, 2007. The parties agree, and the Court finds and holds, as follows:

/ / /

/ / /

/ / /

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 07-00482 VRW]]

1    1.  The Court finds that, taking into the account the public interest in the prompt
2 disposition of criminal cases, granting the continuance until October 11, 2007 is
3 necessary for effective preparation of counsel and for continuity of counsel.  See 18
4 U.S.C. § 3161(h)(8)(B)(iv).  Defense counsel has just received discovery and needs
5 adequate time to review the discovery as it relates to the underlying charges.  Given these
6 circumstances, the Court finds that the ends of justice served by excluding the period
7 from September 13, 2007 to October 11, 2007, outweigh the best interest of the public
8 and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

9    2.  Accordingly, and with the consent of the defendant, the Court orders that 1) the
10 next appearance in front of this Court will be October 11, 2007 at 1:30 p.m., and 2)  the
11 period from September 13, 2007 to October 11, 2007 be excluded from Speedy Trial Act
12 calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

14 IT IS SO STIPULATED.

DATED: September 26, 2007          /s/Elizabeth Falk
                                   Elizabeth Falk, Esq.
                                   Attorney for Coleman Lau

DATED: September 26, 2007          /s/Stacey P. Geis
                                   Stacey P. Geis
                                   Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: 10/1/2007                   _____
                                   The Honorable Vaughn R Walker
                                   United States District Judge

[IT IS SO ORDERED / Judge Vaughn R Walker — United States District Court, Northern District of California seal/stamp]

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 07-00482 VRW]]         -2-