UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R. WALKER
United States District Chief Judge

Date:   October 11, 2007

Case No.  CR 07-0482  VRW

Case Title:   USA v.  COLEMAN LAU ( PRESENT)

Attorneys:
    For the Government:   Stacey Geis

    For the Defendant(s):   Shawn Halbert

Deputy Clerk:  **Cora Klein**       Reporter: Jim Yeomans
                                             USPO:

**PROCEEDINGS**

1)   Further Status and set motion hearing schedule

Case Continued to:    11/29/2007  at 1:30 PM     For Motion Hearing
(file motion: 10/25/07     oppo due: 11/8/07     reply due: 11/15/07)

The defendant agree to exclude time for effective preparation of counsel from the period of 10/11/2007 until 11/29/2007 under the speedy trial act, govt to prepare the order for exclusion of time.

time: 5 min.