1    BARRY J. PORTMAN
     Federal Public Defender
2    ELIZABETH M. FALK
     Assistant Federal Public Defender
3    19th Floor Federal Building
     450 Golden Gate Avenue
4    San Francisco, CA 94102
     Telephone: (415) 436-7700
5
     Counsel for Defendant LAU
6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,          )    No. CR-07-0482 VRW
                                        )
11                   Plaintiff,         )    **DEFENDANT'S NOTICE RE: MOTION**
                                        )    **HEARING**
12         v.                           )
                                        )    Hearing Date:    November 29, 2007
13   COLEMAN LAU,                       )    Time:            1:30 p.m.
                                        )    Court:           The Honorable Chief
14                   Defendant.         )                     Judge Vaughn R.
     _____)                     Walker
15

16        TO:    UNITED STATES OF AMERICA, PLAINTIFF; AND SCOTT N. SCHOOLS,
                 UNITED STATES ATTORNEY; AND STACEY GEIS, ASSISTANT
17               UNITED STATES ATTORNEY.

18        PLEASE TAKE NOTICE that upon further review of applicable law, the defendant has

19   elected to not file a motion in the aforementioned case.  Mr. Lau hereby requests that the Court

20   convert his motion hearing date of November 29, 2007 to a change-of-plea hearing.

21   Dated: October 31, 2007

22                                           Respectfully submitted,

23                                           BARRY J. PORTMAN
                                             Federal Public Defender
24
                                                     /S/
25
                                             ELIZABETH M. FALK
26                                           Assistant Federal Public Defender

     CR-07-482 VRW; NOTICE              1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26