UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

Date:   November 29, 2007

Case No.   CR07-0482-01   VRW

Case Title:   USA v.   COLEMAN LAU (NO CUSTODY) PRESENT

Attorneys:
    For the Government:   Stacey Geis

    For the Defendant(s):   Elizabeth Falk

Deputy Clerk:   Cora Klein        Reporter:   Margo Gurule

**PROCEEDINGS**

1)   Change of Plea - Open plea held

**SUMMARY**

Defendant Coleman Lau entered an open plea to Counts One and Two of the Indictment in violation of Title 18 USC 545 smuggling and 18 USC 1001 (a)(2) making false statement. The defendant has been advised of his rights to a trial with the assistance of an attorney, and the defendant waived those rights.; matter ref to probation office for psr.

Case Continued to:   2/14/2008 at 1:30 PM   For Sentencing