BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant LAU

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-482 VRW |
| ) | |
| Plaintiff, ) | **STIPULATION AND PROPOSED** |
| ) | **ORDER FOR CONTINUANCE OF** |
| v. ) | **SENTENCING DATE** |
| ) | |
| COLEMAN LAU, ) | Date:  February 14, 2008 |
| ) | Time:  1:30 p.m. |
| Defendant. ) | Court:  The Honorable Vaughn R. Walker |
| _____ ) | |

The parties hereby stipulate and agree as follows:

    1.    Defendant Coleman Lau hereby respectfully requests from the Court a continuance of his sentencing date from February 14, 2008 to March 6, 2008;

    2.    The reason for the request is to allow defense counsel time to hire an expert to address one of the Guideline enhancements that is currently in dispute – the valuation of the reptiles at issue;

    3.    Should defense counsel believe that a sentencing hearing is necessary, she will contact the Court to request a hearing, and will notify all parties involved no later than February 21, 2008;

    4.    The Probation Officer, David Ackerman, has been contacted about the change in

1 | sentencing date, and has no objection;

2 | 5.  Mr. Lau is currently working, and is out of custody. As such, he is not prejudiced
3 | by a continuance of the sentencing date;

4 | 6.  For the aforementioned reasons, the parties respectfully stipulate to and request a
5 | continuance of the sentencing date in this matter to March 6, 2008, at 1:30 p.m.

Dated: January 29, 2008

_____/S/_____
ELIZABETH M. FALK
Assistant Federal Public Defender

_____/S/_____
STACEY GEIS
Assistant United States Attorney

[PROPOSED] ORDER

For the reasons stated in the stipulation filed herewith, the sentencing of defendant Coleman Lau is hereby continued to March 6, 2008, at 1:30 p.m.

IT IS SO ORDERED

Dated: _____, 2008

_____
THE HONORABLE VAUGHN R. WALKER
CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA