```
 1 | BARRY J. PORTMAN
   | Federal Public Defender
 2 | ELIZABETH M. FALK
   | Assistant Federal Public Defender
 3 | 19th Floor Federal Building
   | 450 Golden Gate Avenue
 4 | San Francisco, CA 94102
   | (415) 436-7700
 5 |
   | Counsel for Defendant LAU
 6 |
 7 |
 8 |              IN THE UNITED STATES DISTRICT COURT
 9 |             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,     )  No. CR-07-482 VRW
                                   )
12 |             Plaintiff,         )  STIPULATION AND ~~PROPOSED~~
                                   )  ORDER FOR CONTINUANCE OF
13 |      v.                        )  SENTENCING DATE
                                   )
14 | COLEMAN LAU,                   )  Date: February 14, 2008
                                   )  Time: 1:30 p.m.
15 |             Defendant.         )  Court: The Honorable Vaughn R. Walker
    |_____)
16 |
   | The parties hereby stipulate and agree as follows:
17 |
   |    1.  Defendant Coleman Lau hereby respectfully requests from the Court a
18 |
   |        continuance of his sentencing date from February 14, 2008 to March 6, 2008;
19 |
   |    2.  The reason for the request is to allow defense counsel time to hire an expert to
20 |
   |        address one of the Guideline enhancements that is currently in dispute – the
21 |
   |        valuation of the reptiles at issue;
22 |
   |    3.  Should defense counsel believe that a sentencing hearing is necessary, she will
23 |
   |        contact the Court to request a hearing, and will notify all parties involved no later
24 |
   |        than February 21, 2008;
25 |
   |    4.  The Probation Officer, David Ackerman, has been contacted about the change in
26 |
```

CR 07-482 VRW   Stipulation Continue Sentence          1

sentencing date, and has no objection;

5. Mr. Lau is currently working, and is out of custody. As such, he is not prejudiced by a continuance of the sentencing date;

6. For the aforementioned reasons, the parties respectfully stipulate to and request a continuance of the sentencing date in this matter to March 6, 2008, at 1:30 p.m.

Dated: January 29, 2008

_____/S/_____
ELIZABETH M. FALK
Assistant Federal Public Defender

_____/S/_____
STACEY GEIS
Assistant United States Attorney

[~~PROPOSED~~] ORDER

For the reasons stated in the stipulation filed herewith, the sentencing of defendant Coleman Lau is hereby continued to ~~March 6, 2008, at 1:30 p.m.~~ 2/21/2008 at 2:00 PM.

IT IS SO ORDERED

Dated: ____February 6____, 2008

_____
THE HONORABLE VAUGHN R WALKER
CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GRANTED
Judge Vaughn R Walker

CR 07-482 VRW    Stipulation Continue Sentence         2