1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant LAU
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )   No. CR-07-482 VRW
                                        )
12 |            Plaintiff,              )   **STIPULATION AND** ~~**PROPOSED**~~
                                        )   **ORDER FOR CONTINUANCE OF**
13 |     v.                             )   **SENTENCING DATE**
                                        )
14 | COLEMAN LAU,                       )   Date:  February 14, 2008
                                        )   Time:  1:30 p.m.
15 |            Defendant.              )   Court: The Honorable Vaughn R. Walker
   |_____    )
16
   The parties hereby stipulate and agree as follows:
17
        1.  Defendant Coleman Lau hereby respectfully requests from the Court a
18
            continuance of his sentencing date from February 14, 2008 to March 6, 2008;
19
        2.  The reason for the request is to allow defense counsel time to hire an expert to
20
            address one of the Guideline enhancements that is currently in dispute – the
21
            valuation of the reptiles at issue;
22
        3.  Should defense counsel believe that a sentencing hearing is necessary, she will
23
            contact the Court to request a hearing, and will notify all parties involved no later
24
            than February 21, 2008;
25
        4.  The Probation Officer, David Ackerman, has been contacted about the change in
26

CR 07-482 VRW   Stipulation Continue Sentence        1

1  sentencing date, and has no objection;

2  5. Mr. Lau is currently working, and is out of custody. As such, he is not prejudiced
3  by a continuance of the sentencing date;

4  6. For the aforementioned reasons, the parties respectfully stipulate to and request a
5  continuance of the sentencing date in this matter to March 6, 2008, at 1:30 p.m.

Dated: January 29, 2008

```
                              _____/S/_____
                              ELIZABETH M. FALK
                              Assistant Federal Public Defender

                              _____/S/_____
                              STACEY GEIS
                              Assistant United States Attorney
```

[~~PROPOSED~~] ORDER

For the reasons stated in the stipulation filed herewith, the sentencing of defendant Coleman Lau is hereby continued to ~~March 6, 2008, at 1:30 p.m.~~ 2/21/2008 at 2:00 PM.

IT IS SO ORDERED

Dated: _____February 6_____, 2008

```
                              _____
                              THE HONORABLE VAUGHN R. WALKER
                              CHIEF JUDGE
                              UNITED STATES DISTRICT COURT
                              NORTHERN DISTRICT OF CALIFORNIA
```

[GRANTED - Signed by Judge Vaughn R Walker, seal of United States District Court, Northern District of California]