Exhibit A




**AN EXCLUSIVE PARTNERSHIP TO BETTER SERVE D**

| HOME | ARTICLES | SPECIES | GALLERIES | BUY & SELL | CONTESTS | EVENTS | XTRAS |



**Exclusive Home of Snowy**
The World's One and Only Leucistic Australian Lungfish!

Member Agreement    Join Live Chat    Gallery    Help    Search    Members    Calendar

| Logged in as: 1fastsol ( Log Out ) | My Controls · View New Posts · My Assistant · 0 New Messages |



WaterWolves - Exotic, Rare and Predatory Fish Since 1998! » WaterWolves Marketplace » Buy & Sell

---

**> Buy & Sell Forum Rules**

| Buyers & Sellers Must Provide*: | WW Does NOT Allow: |
| --- | --- |
| ? Location (State/Province) | ? The Sale of CITES I Animals not allowed in the USA.** |
| ? Price | ? The Importation and/or Interstate Sales of Snakeheads.*** |
| ? Valid E-Mail Address | ? The Importation and/or Sales of Other Animals Prohibited by the Lacey Act.**** |
| | ? Auctions |
| | ? The 'Hijacking' or 'Derailment' of Buy/Sell Threads |
| | ? The sale of Warez, Porn, Drugs or Paraphenalia |
| | ? Solicitation of MLM, Pyramid or 'Get Rich Quick' Schemes |

*Failure to include this information will result in the removal of your thread.*
** *This includes Asian Arowanas. Sale of these fishes is permitted as long as the seller and buyer are not located in the USA.*
*** *Importation and/or interstate transport of all species of snakeheads are prohibited by federal law. Please check your state laws regarding legality of in-state sales or possession in your state.*
**** *This includes, but is not limited to, sales of Fly River turtles in the U.S.*

In addition, all local laws and restrictions are applicable and it is the responsibility of the users of the WaterWolves Buy/Sell forum to uphold those laws.

**Commercial Sellers:**
Businesses or individuals who purchase livestock or other goods with the intent to redistribute them. Anyone fitting this description is subject to a seller's fee to conduct transactions. Please feel free to contact a WW Staff Member for more information.

**Non-Fish Related Items:**
The WaterWolves.com Buy & Sell Forum does allow the sale of items that are not fish-related.

**Trust Network System:**




Use the Trust Network system to view the feedback history of any user. Simply click the "Trust Rating" hyperlink underneath their avatar. **Please remember that malicious use of this feature will result in a permanent ban from WaterWolves. There are absolutely no exceptions to this rule.** If you believe that your Trust Rating is unfair, private message Trey.

**Disclaimer:**
WaterWolves.com and its staff cannot verify the legitimacy of all deals and are not responsible for anything posted in this forum. All transactions are done at your own risk. Failure to comply with the rules and/or requests from staff members could result in the loss of forum/board privileges. We reserve the right to restrict access to anyone without prior notification.



---

▸ **Fly River Turtle For Sale, about 3"**                                    Options ▾

**captin howdey**                    ⬚ Mar 21 2004, 09:15 PM                    Post #1

Umbriferum's "Personal
Assistant"
⬚⬚

 **Trust Rating**

Group: Members
Posts: 382
Joined: 1-October 03
From: so.cal

i am selling my flyriver turtle so i can make room for a caiman. i do have pics but i dont know how to put them here so email me if you want one. i am asking 175 for him.i can ship ,shipping will be 25.,thanks



---

ON | ⚏ CARD | PM          ⚑ REPORT | ↑ TOP               ✦ QUOTE | ❞ REPLY

**stingraybranden**                  ⬚ Mar 21 2004, 10:13 PM                    Post #2



**Wombat Fury**
⬚⬚⬚

 **Trust Rating**

Group: Members
Posts: 1,314
Joined: 21-April 03
From: Washington state, USA

wow, sweet deal! wish I had more room and money  someone is gonna get a sweet deal!

---

japanese fish keeper, name unknown- "I don't keep fish, I keep water, the fish just happen to be in the water" nicely said

---

 



**gibbosus**



Senior Member
□ □ □

 **Trust Rating**

Group: Members
Posts: 813
Joined: 24-November 02

☐ Mar 21 2004, 11:09 PM                                    Post #3

dammit...im clearing out my 100 gal soon..but it'll be a week or so.. what to do what to do..im sure this guy will get snatched up quickly....if you still have it when i have space ill take it for sure... goodluck with the sale

---

so there was a bear in the forest takin a crap
along hops a rabbit
the bear says, "hello mr rabbit do you have problems with shibby sticking to your fur?"
the rabbit says, "well no ive never had that problem"
so the bear grabbed the rabbit and used him to wipe his ass.

---

**iloacnoG**

Newbie

 **Trust Rating**

Group: Members
Posts: 4
Joined: 5-March 04

☐ Mar 22 2004, 01:05 AM                                    Post #4

captin howdey
check ur e~mail~



---

**MEANFISH**

Senior Member
□ □ □ □

 **Trust Rating**

Group: Members
Posts: 1,505
Joined: 6-April 02

☐ Mar 22 2004, 11:39 AM                                    Post #5

STILL AVAILIBLE ? IM INTERESTED.

---

Enter Keywords        **Search Topic**        « Next Oldest · **Buy & Sell** · Next Newest »

**FAST REPLY**    **ADD REPLY**    **NEW TOPIC**

**1 User(s) are reading this topic (0 Guests and 0 Anonymous Users)**

1 Members: 1fastsol

!-- Buy & Sell                                          ▼  **Go**

RSS

WaterWolves Phoenix  ▼  **Lo-Fi Version**    ⏱ 0.2651 sec    ▤ 0.29    ▦ 11 queries    GZIP Enabled
English ▼                                Time is now: 28th November 2007 - 01:44 AM

Invision Power Board v2.1.7 © 2007  IPS, Inc.
Site services provided by inventhost
Licensed to: WaterWolves

Case 3:07-cr-00402-VRW    Document 1 6-2    Filed 02/15/2008    Page 6 of 22




AN EXCLUSIVE PARTNERSHIP TO BETTER SERVE

HOME   ARTICLES   SPECIES   GALLERIES   BUY & SELL   CONTESTS   EVENTS   XTRAS



Real experts, Real advice, Right Now.

Exclusive Home of Snowy
The World's One and Only Leucistic Australian Lungfish!

Member Agreement        Join Live Chat   Gallery   Help   Search   Members   Calendar

Logged in as: 1fastsol ( Log Out )        **My Controls** · View New Posts · My Assistant · **0 New Messages**

**WaterWolves - Exotic, Rare and Predatory Fish Since 1998!** » WaterWolves
Marketplace » Buy & Sell



> **Buy & Sell Forum Rules**

| Buyers & Sellers Must Provide*: | WW Does NOT Allow: |
|---|---|
| ? Location (State/Province) | ? The Sale of CITES I Animals not allowed in the USA.** |
| ? Price | ? The Importation and/or Interstate Sales of Snakeheads.*** |
| ? Valid E-Mail Address | ? The Importation and/or Sales of Other Animals Prohibited by the Lacey Act.**** |
| | ? Auctions |
| | ? The 'Hijacking' or 'Derailment' of Buy/Sell Threads |
| | ? The sale of Warez, Porn, Drugs or Paraphenalia |
| | ? Solicitation of MLM, Pyramid or 'Get Rich Quick' Schemes |

*Failure to include this information will result in the removal of your thread.*
** *This includes Asian Arowanas. Sale of these fishes is permitted as long as the seller and buyer are not located in the USA.*
*** *Importation and/or interstate transport of all species of snakeheads are prohibited by federal law. Please check your state laws regarding legality of in-state sales or possession in your state.*
**** *This includes, but is not limited to, sales of Fly River turtles in the U.S.*

In addition, all local laws and restrictions are applicable and it is the responsibility of the users of the WaterWolves Buy/Sell forum to uphold those laws.

**Commercial Sellers:**
Businesses or individuals who purchase livestock or other goods with the intent to redistribute them. Anyone fitting this description is subject to a seller's fee to conduct transactions. Please feel free to contact a WW Staff Member for more information.

**Non-Fish Related Items:**
The WaterWolves.com Buy & Sell Forum does allow the sale of items that are not fish-related.

**Trust Network System:**



Use the Trust Network system to view the feedback history of any user. Simply click the "Trust Rating" hyperlink underneath their avatar. **Please remember that malicious use of this feature will result in a permanent ban from WaterWolves. There are absolutely no exceptions to this rule.** If you believe that your Trust Rating is unfair, **private message Trey.**

**Disclaimer:**
WaterWolves.com and its staff cannot verify the legitimacy of all deals and are not responsible for anything posted in this forum. All transactions are done at your own risk. Failure to comply with the rules and/or requests from staff members could result in the loss of forum/board privileges. We reserve the right to restrict access to anyone without prior notification.



‣ **flyriver turtle for sale 5+inch shell, pick up only bay area CA**      Options ▾

**aimhigher38**                                                          Post #1



Yes..thats me in the avatar
□□□

  **Trust Rating**

Group: Members
Posts: 983
Joined: 10-September 01

⊠ Oct 14 2004, 03:50 PM

I have a dark PNT for sale 5"+ shell...eats anything..... 350.00 or OBO or trade for something..... Oakland, CA

KnoxxGear.com
KNOXX's Myspace



OFF   ± CARD   PM        ! REPORT   ↑ TOP              + QUOTE   " REPLY

Enter Keywords        Search Topic      « Next Oldest · Buy & Sell · Next Newest »



1 User(s) are reading this topic (0 Guests and 0 Anonymous Users)

1 Members: 1fastsol



RSS                 Lo-Fi Version    🕐 0.0960 sec   ▦ 0.40   11 queries   GZIP Enabled
                                                    Time is now: 28th November 2007 - 01:49 AM

Invision Power Board v2.1.7 © 2007 IPS, Inc.
Site services provided by inventhost
Licensed to: WaterWolves








Sponsors » Breeders | Dealers | Importers/Exporters | Caging | F

Inside FaunaClassifieds » Chat | FaunaLinks | Product Reviews | Forum Map | Cl

### This advertising spot available! $1 per day - Click here learn more!

### Want to become a contributing member of FaunaClassifie

| FaunaClassifieds > Reptile & Amphibian - Classifieds > Other For Sale/Wanteds > Classifieds > Turtles/Tortoises 📄 **fly river/pig nose for sale** | User Name | User Name |
|---|---|---|
| | Password | |

| Register | FAQ | Trader Ratings | Members List |
|---|---|---|---|

## Het Albino Retic Sale
Het Albino Retics only $100.00 ea. Visit Spartan Retics for details
www.SpartanRetics.com
Ads by Google

# fly river/pig nose for sale

**Post Reply**

| | Thread Tools ▽ |
|---|---|

📄 03-03-2004, 05:24 AM

**captin howdey**

**fly river/pig nose for sale**

i have one flyriver/pig nose turtle for sale. its about 4" maybe a l
eats pellets,lettace and shrimp.hes very active and healthy. i hav
asking 250 shipped. thanks

**Turtle**
Great deals on everything Turtle themed.
Yahoo.com

Ads by Google

📄 09-04-2004, 12:35 PM

**Dabat**

**pig nose**

Do you still have the pig nose turtle? I want to buy it? Or do you
baby pig nose turtle you can sale?

| | |
|---|---|
| 📄 09-08-2004, 05:37 PM | |
| turtleloverbob | **Pics** |
| | Do you have any pics? |

| | |
|---|---|
| 📄 11-10-2004, 11:10 PM | |
| Electric Water | I am hoping that you still have your turtle. I've been looking for ahold of me so we can deal. If you have some pictures, that'd be |

| | |
|---|---|
| 📄 11-10-2004, 11:15 PM | |
| captin howdey | i have 2 turtles left. i had them for a year now. 4" each. email is captinxhowdey@aol.com, thanks. also, i have a pic of one, but mig get more pics |

 

| | |
|---|---|
| **right now on eBay®** | **$12.25** TEENAGE MUTANT NINJA TURTLES BEACH/BATH TO |
| | **$0.99** animal print turtle tortoise plush stuffed animal toy20 |
| | **$7.99** SILVER 2 TONE HAWAIIAN SEA TURTLE ON SURFBOA |
| | **$5.99** PINK GOLD ON SILVER SMALL HAWAIIAN HONU TURT |

**Join now** to reply to this thread or open new ones fo questions & comments! FaunaClassifieds.com is the online community about Reptile & Amphibians, Snak Lizards and number one classifieds service with thou of ads to look for. Registration is open to everyone a FREE. **Click Here to Register!**

Google | fly river/pig nose for sale | Search



« Previous Thread | Next Thread »

All times are GMT -4. The time now is **03:03 AM**.

**FaunaClassifieds Home Page - Board**

Powered by: vBulletin Version 3.0.3
Copyright ©2000 - 2007, Jelsoft Enterprises Ltd.
FaunaClassifieds, LLC
Page generated in 0.16380596 seconds (49.65% PHP - 50.35% MySQL) with 11

Use the Trust Network system to view the feedback history of any user. Simply click the "Trust Rating" hyperlink underneath their avatar. **Please remember that malicious use of this feature will result in a permanent ban from WaterWolves. There are absolutely no exceptions to this rule.** If you believe that your Trust Rating is unfair, **private message Trey.**

**Disclaimer:**
WaterWolves.com and its staff cannot verify the legitimacy of all deals and are not responsible for anything posted in this forum. All transactions are done at your own risk. Failure to comply with the rules and/or requests from staff members could result in the loss of forum/board privileges. We reserve the right to restrict access to anyone without prior notification.



> **Fly River Turtle 3", bay area/ bakersfield**                    Options ▾

**dragonball1012**                        ☐ Aug 22 2004, 12:48 AM                    Post #1



need to make some room...i'm gonna be in bakersfield in 2 weeks if anyone is interested on buying the **flyriver**.

200.00

fishtank7272@yahoo.com

This post has been edited by **dragonball1012**: Aug 25 2004, 09:29 AM

Member
PLATINUM SUPPORTER

   **Trust Rating**

Group: Platinum Supporter
Posts: 596
Joined: 7-February 02

---

**bobbybmd**                        ☐ Aug 22 2004, 10:29 AM                    Post #2

You have a PM.
Bob

Junior Member
☐

   **Trust Rating**

Group: Members
Posts: 74
Joined: 9-December 02

---





**dragonball1012**

☐ Aug 23 2004, 11:51 AM                                    Post #3

Member



**Trust Rating**

Group: Platinum Supporter
Posts: 596
Joined: 7-February 02

---

**dragonball1012**

☐ Aug 25 2004, 09:30 AM                                    Post #4

anyone in bakersfield or L.A. want some **flyriver** turtle??

Member



**Trust Rating**

Group: Platinum Supporter
Posts: 596
Joined: 7-February 02

---



Enter Keywords        **Search Topic**        « Next Oldest · **Buy & Sell** · Next Newest »



**1 User(s) are reading this topic (0 Guests and 0 Anonymous Users)**

1 Members: 1fastsol

|-- Buy & Sell                                    ▼ **Go**

**RSS**  WaterWolves Phoenix    ▼  **Lo-Fi Version**    ⊕ 0.1159 sec   ▓ 0.22   ▓ 11 queries   GZIP Enabled
English  ▼                                              Time is now: 28th November 2007 - 01:42 AM

Invision Power Board v2.1.7 © 2007  IPS, Inc.
Site services provided by inventhost
Licensed to: WaterWolves

# Full Version: <u>Fly River Turtle</u>

<u>Help</u> - <u>Search</u> - <u>Members</u> - <u>Calendar</u>

<u>WaterWolves - Exotic, Rare and Predatory Fish Since 1998!</u> > <u>Species Forums</u> > <u>Reptiles, Insects, and all Other Pets</u>

---

### ZBT3091
Apr 7 2005, 03:57 PM

How much does a Fly River Turtle usually cost? What is the min. tank size? What do they eat? Would they be compatible with 2 RB Pacu, Oscar, Sevs, Blood Parrots, and a Polypterus?

### jacoblb
Apr 7 2005, 04:19 PM

sry cant help you there... but this post should be in another thread, im sure some one on here will suitable answer your questions, and welcome to ww

### Dirty Evo
Apr 7 2005, 06:57 PM

I just read in another trhead that they get up to 55 lbs and like 22inch diameter.

BIG. Wish I had a tank that big... I would love to have one. Check they buy / sell... some for $150-$250

### Umbriferum
Apr 7 2005, 08:33 PM

i'm going to move this to reptiles, you would probably get better answers from those who own FRTs.

### Twiggy
Apr 7 2005, 08:54 PM

these are not starter turtles. Their care can be somewhat demading, as far as water quality and parameters. They

basically need brackish conditions to prevent fungus.

this is one of the better care sheets out there:

http://www.austinsturtlepage.com/Care/cs-flyriver.htm

This is a "lo-fi" version of our main content. To view the full version with more information, formatting and images, please click here.

Invision Power Board © 2001-2007 Invision Power Services, Inc.

 

FishForums.Net

Atlantis Aquatic
*Secure online shopping*

Tropical Fish Forever Home    General Rules    Aquarium Calculator    Live Chat    Calendar    Members    Search    Help

**Welcome Guest** ( Log In | Register )

▶ **Tropical Fish Forums > Other pets > Household pets**



| **fly river turtle, how much to pay for 1?** | | Options ▾ |
| --- | --- | --- |

| **bomba** | ◻ Jul 25 2004, 02:31 PM | Post #1 |

coz they are on the rare species list!

Fish Fanatic
🐢🐢

Group: Member
Posts: 55
Joined: 3-July 04
From: carshalton surrey
Member No.: 7592

⬆ TOP                                                     + QUOTE    ❞ REPLY

| **DiXoN** | ◻ Jul 26 2004, 12:06 AM | Post #2 |

i have seen them for as little as £45 but your more likely to pay £75 + i think wharf
have some.
dixon

Fish Crazy
🐢🐢🐢

Group: Member
Posts: 134
Joined: 30-March 04
From: Sunderland UK
Member No.: 5103

⬆ TOP                                                     + QUOTE    ❞ REPLY

| Enter Keywords | Search Topic | « Next Oldest · **Household pets** · Next Newest » |

 ADD REPLY     NEW TOPIC

| 1 User(s) are reading this topic (1 Guests and 0 Anonymous Users) |
| --- |
| 0 Members: |

**Similar Topics**  ⊟

| Topic | Replies | Topic Starter | Views | Last Action |
| --- | --- | --- | --- | --- |
| ➔ fly river turtle<br>how much to pay for 1? | 0 | bomba | 0 | 25th July 2004 - 02:31 PM<br>Last post by: bomba |
| 📁 Carettochelys Insculpta (fly River Turtles) | 16 | ringham | 403 | 14th May 2006 - 04:21 PM<br>Last post by: ringham |
| 📁 Do Fly River Turtles Eat Plants? | 3 | the_evil_duboisi | 77 | 14th November 2007 - 06:46 PM<br>Last post by: Davo86 |
| 📁 River Shrimp - Pathogens? And Other Advice Please | 4 | fry_lover | 31 | 3rd February 2008 - 09:43 PM<br>Last post by: fry_lover |
| 📁 River Shrimp Bodies<br>Anyone care to predict or advise re ammonia, nitrite? | 1 | fry_lover | 17 | 4th February 2008 - 12:09 AM<br>Last post by: Shrimper |

| |-- Household pets | | Go |
| --- | --- | --- |

**Lo-Fi Version**                    Time is now: 8th February 2008 - 08:43 PM

Powered By IP.Board © 2008  IPS, Inc
Powered by Minerva SEO IPB module



Portal    Forums    Gallery    Aquatic Calculators        Search    Help
Affiliates    Arcade    Statistics    Rules    Calendar    Members
Shoutbox

Enter Search Words    GO

**Welcome Guest** ( Log In | Register )

🗀 **Aquatic-Forums > Aquatic Discussions > Turtles & Amphibians**

 Post Reply    New Topic

**Fly River Turtles in UK?**    Options ▾


**Vote**

🗋 Boo81    🗋 Jul 27 2006, 07:32 PM    Post #1



Are they ever available here? Or are is there a sensible reason why I haven't seen them? All I ever hear about them is on American sites where everyone loves them.

Thanks

George



Member



Group: Full Member
Posts: 363
Gallery Images: 6
Gallery Comments: 0
Joined: 26-July 06
From: Kent
Member No.: 47
Real Name: George



**Sponsors**

**Charity**

 Top

    Quote    Reply



**Aquai**

Member


**Member**

Group: Full Member
Posts: 520
Gallery Images: 4
Gallery Comments: 0
Joined: 21-July 06
From: NW London
Member No.: 16
Real Name: James
Current Aquatic Pets:
Australian Arowana, 2 Black Vel



☐ Jul 27 2006, 07:35 PM                                    Post #2

They are available, but not cheap, and rare. Some stores should be able to get them in for you, but your best bet is Aquarist Classifieds...



---

↑ Top                                    Quote    Reply

**" M "**



Member


**Site Staff**

Group: **Moderator**
Posts: 1,352
Gallery Images: 22
Gallery Comments: 1
Joined: 20-July 06
From: Dunfermline in Fife.
Member No.: 3
Real Name: Melaine
Current Aquatic Pets:
6 Turtles, Plec, Catfish, Tetras,



☐ Jul 27 2006, 07:35 PM                                    Post #3

They pop up on the classifieds now and again, i think the last one i saw was ?250 for an 8in frt.

Affiliates

 












---

↑ Top                                    Quote    Reply


**The Wave**

☐ Jul 27 2006, 07:41 PM                                    Post #4



Prolly the same over there as here..i believe they are on a protected cities deal that banned the importing of them.

If you find a baby most likely is came from a farm in Hong Kong were they are doing some type of artificial insemination 😵








$$$$$$$$$$$$□


**Group:** *Administrator*
Posts: 1,640
Gallery Images: 15
Gallery Comments: 0
Joined: 20-July 06
From: California
Member No.: 2
Real Name: Parks Bonifay
Current Aquatic Pets:
trouser trout



Aquatic-Links





---

⬆ Top                              Quote    Reply



🧍 **Innes**



Walking in a Keegan wonderland



**Group:** *Administrator*
Posts: 2,376
Gallery Images: 39
Gallery Comments: 4
Joined: 20-July 06
From: Newcastle
Member No.: 1
Real Name: Michael Innes

Current Aquatic Pets:

▯ Jul 27 2006, 10:21 PM                              Post #5

saw one last year for ?300 in a local fish shop



Home & Search  Scam Alerts  Recently Added  Pets Auction  Pets Forum  Build Your Free Advert & Login

**Dogs Cats Birds Snakes Reptiles & Amphibians Spiders & Insects Equestrian Other Pets Fish Retaile**



Search Adverts

Home :: Snakes Reptiles & Amphibians

## FLY RIVER TURTLES FOR SALE

Very rare fly river turtles! 3-4cm only a few available and will go quickly! Price £200 each

| | |
|---|---|
| Contact | dave |
| Tel | 07891665020 |
| City | solihull |
| County | warwickshire |



Make Contact



SAFETY CHECK
Use this to check the advertiser is based
in the UK and not an overseas scammer.

Added:12/03/05   Views:1312   REF:217.43.201.128-3837

**Dogs Cats Birds Snakes & Reptiles Spiders & Insects Equestrian Other Pets Fish Retailers**
[Home & Search] [Recent] [Previous] [All] [Links] [Pets Auction] [Feedback] [Pets stats]



*Admin ref: FLY RIVER TURTLES FOR SALE*