UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

Date: February 21, 2008

Case No. CR 07-0482-01 VRW

Case Title: USA v. COLEMAN LAU (PRESENT)

Attorneys:
  For the Government: Stacey Geis

  For the Defendant(s): Elizabeth Falk

Deputy Clerk: Cora Klein            Reporter: Sahar McVickar
                                    USPO: David Ackerman

PROCEEDINGS

1) Judgment and Sentencing

ORDERED AT THE HEARING

The defendant have been convicted of one count of smuggling turtles, in violation of 18 USC 545, and one count of making a false statement in violation of 18 USC 1001. The defendant is hereby placed on probation for a term of 3 years as to Counts One and Two, each term to run concurrently. The defendant shall comply with the standard conditions of probation and special conditions the court has adopted, shall pay a special assessment to the govt the amount of $200, which is due immediately, pay to the govt a fine in the amount of $2,000, which is due immediately.

time: 35 minutes.