**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO 94102

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (415) 436-7700
Fax (415) 436-7706

February 27, 2008

The Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court
450 Golden Gate Avenue
San Francisco, CA  94102

**Order Exonerating Bond in United States v. Coleman Lau**
**CR 07-00482**

Your Honor:

      This office represented Coleman Lau in a matter initiated in this district. The defendant's passport was posted as security. The case has now concluded, as shown in the attached docket entry. The Clerk's office has indicated that the bond can now be exonerated. I am requesting that the Court sign such an order, which I have enclosed.

      Thank you for your consideration.

                                              Respectfully Submitted,

                                              BARRY J. PORTMAN
                                              Federal Public Defender

                                                /s/
                                              ELIZABETH M. FALK
                                              Assistant Federal Public Defender

ajl
Enclosure