IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>COLEMAN LAU,<br><br>           Defendant. | No. CR 07-00482 VRW<br><br>**ORDER EXONERATING BOND** |

The bond previously posted is hereby EXONERATED. The defendant's passport and any security previously posted may be returned to its owner.

IT IS SO ORDERED.

DATED: _____

HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

ORDER EXONERATING BOND