E-Filing

# U.S. District Court
## California Northern District (San Francisco)
### CRIMINAL DOCKET FOR CASE #: 3:07-cr-00482-VRW-1

Case title: USA v. Lau

Date Filed: 07/24/2007
Date Terminated: 02/21/2008

Assigned to: Hon. Vaughn R. Walker

**Defendant (1)**

**Coleman Lau**
*TERMINATED: 02/21/2008*

represented by **Elizabeth Meyer Falk**
Office of the Public Defender's Office
450 Golden Gate Avenue 19th Floor
San Francisco, CA 94102
415-436-7700
Fax: 415-436-7706
Email: elizabeth_falk@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

18:545 Smuggling
(1)

18:1001(a)(2) False Statement
(2)

**Disposition**

3 yrs probation, with conditions, $200 special assessment

3 yrs probation, with conditions, $200 special assessment

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Stacey P. Geis**<br>U.S. Attorney's Office<br>450 Golden Gate Avenue<br>11th floor<br>San Francisco, CA 94102<br>415-436-7200<br>Email: Stacey.Geis@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2007 | 1 | INDICTMENT as to Coleman Lau (1) count(s) 1, 2. (rhwS, ) (Filed on 7/24/2007) Additional attachment(s) added on 9/5/2007 (lskS, COURT STAFF). (Entered: 07/25/2007) |
| 07/24/2007 | 2 | ORDER granting Government's motion to seal as to Coleman Lau. Signed by Judge James Larson on 7/24/07. (rhwS, ) (Filed on 7/24/2007) Additional attachment(s) added on 9/5/2007 (lskS, COURT STAFF). (Entered: 07/25/2007) |
| 07/24/2007 | | No Bail Arrest Warrant Issued as to Coleman Lau. (rhwS, ) (Filed on 7/24/2007) (Entered: 07/25/2007) |
| 07/24/2007 | | CASE DESIGNATED for Electronic Filing. (Entered: 09/05/2007) |
| 07/25/2007 | 3 | ORDER granting motion to modify sealing order as to Coleman Lau. Signed by Judge James Larson on 7/25/07. (rhwS, ) (Filed on 7/25/2007) Additional attachment(s) added on 9/5/2007 (lskS, COURT STAFF). (Entered: 07/31/2007) |
| 08/29/2007 | 4 | Minute Entry for proceedings held before Judge Joseph C. Spero :Arraignment as to Coleman Lau (1) Count 1,2 held on 8/29/2007, Initial Appearance as to Coleman Lau held on 8/29/2007, Added attorney Elizabeth Meyer Falk for Coleman Lau. Case unsealed Set for bond hearing 8/29/07 2:00 before Judge Spero. (Tape #10:03-10:08,10:14-10:21.) (lskS, COURT STAFF) (Filed on 8/29/2007) (Entered: 09/05/2007) |
| 08/29/2007 | 5 | Minute Entry for proceedings held before Judge Joseph C. Spero :Bond Hearing as to Coleman Lau not held on 8/29/2007 Set for 8/30/07 10:30am before Judge Spero for bond signing. (Tape #2:02-2:05.) (lskS, COURT STAFF) (Filed on 8/29/2007) (Entered: 09/05/2007) |
| 08/29/2007 | 7 | ORDER Setting Conditions of Release unsecured $75,000.00. Signed by Judge Joseph C. Spero on 8/29/07. (lskS, COURT STAFF) (Filed on 8/29/2007) (Entered: 09/05/2007) |
| 08/30/2007 | 6 | Minute Entry for proceedings held before Judge Joseph C. Spero :Bond |

| | | |
|---|---|---|
| | | Hearing as to Coleman Lau held on 8/30/2007 Status Conference set for 9/13/2007 01:30 PM. (Tape #10:42-10:49.) (lskS, COURT STAFF) (Filed on 8/30/2007) (Entered: 09/05/2007) |
| 09/13/2007 | 8 | Minute Entry for proceedings held before Judge Vaughn R. Walker :Initial appearance/Status Conference as to Coleman Lau held on 9/13/2007. Further status set for 10/11/2007 at 1:30 p.m. (Court Reporter Sahar McVickar.) (cgk, COURT STAFF) (Filed on 9/13/2007) (Entered: 09/13/2007) |
| 09/13/2007 | | Status Conference set for 10/11/2007 01:30 PM in Courtroom 6, 17th Floor, San Francisco. (Entered: 09/13/2007) |
| 09/24/2007 | 10 | Warrant Returned Executed as to Coleman Lau. (lsk, COURT STAFF) (Filed on 9/24/2007) (Entered: 09/26/2007) |
| 09/26/2007 | 9 | STIPULATION *AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME* by USA as to Coleman Lau (Geis, Stacey) (Filed on 9/26/2007) (Entered: 09/26/2007) |
| 10/01/2007 | 11 | STIPULATION AND ORDER DOCUMENTING EXCLUSION OF TIME as to Coleman Lau 9 filed by USA. The period from 9/13/2007 to 10/11/2007 be excluded from Speedy Trial Act calculations under 18 USC 3161(h)(8)(A) & (B)(iv). The next appearance in front of this court will be 10/11/2007 at 1:30 PM. Signed by Chief Judge Vaughn R. Walker on 10/1/2007. (cgk, COURT STAFF) (Filed on 10/1/2007) (Entered: 10/01/2007) |
| 10/11/2007 | 12 | Minute Entry for proceedings held before Judge Vaughn R. Walker :Status Conference as to Coleman Lau held on 10/11/2007. Case Continued to: 11/29/2007 at 1:30 PM For Motion Hearing(file motion: 10/25/07oppo due: 11/8/07reply due: 11/15/07)The defendant agree to exclude time for effective preparation of counsel from the period of 10/11/2007 until 11/29/2007 under the speedy trial act, govt to prepare the order for exclusion of time. (Court Reporter Jim Yeomans.) (cgk, COURT STAFF) (Filed on 10/11/2007) (Entered: 10/12/2007) |
| 10/11/2007 | | set hearing: Motion Hearing set for 11/29/2007 01:30 PM in Courtroom 6, 17th Floor, San Francisco. (Entered: 10/12/2007) |
| 10/31/2007 | 13 | NOTICE *RE: MOTION HEARING* by Coleman Lau (Falk, Elizabeth) (Filed on 10/31/2007) (Entered: 10/31/2007) |
| 10/31/2007 | | Change of Plea Hearing as to Coleman Lau set for 11/29/2007 01:30 PM in Courtroom 6, 17th Floor, San Francisco before Hon. Vaughn R. Walker. (Entered: 11/07/2007) |
| 11/29/2007 | 14 | Minute Entry for proceedings held before Judge Hon. Vaughn R. Walker:Change of Plea Hearing (open plea) as to Coleman Lau held on 11/29/2007. Sentencing set for 2/14/2008 at 1:30 PM. (Court Reporter Margo Gurule.) (cgk, COURT STAFF) (Filed on 11/29/2007) (Entered: 12/03/2007) |
| 11/29/2007 | | Sentencing as to Coleman Lau set for 2/14/2008 01:30 PM in Courtroom |

| | | |
|---|---|---|
| | | 6, 17th Floor, San Francisco before Hon. Vaughn R. Walker. (Entered: 12/03/2007) |
| 01/31/2008 | 15 | STIPULATION *TO CONTINUE SENTENCING* by Coleman Lau (Falk, Elizabeth) (Filed on 1/31/2008) (Entered: 01/31/2008) |
| 02/06/2008 | 16 | STIPULATION AND ORDER TO CONTINUE SENTENCING as to Coleman Lau to 2/21/2008 at 2:00 PM. 15 Signed by Judge Vaughn R. Walker on 2/6/2008. (cgk, COURT STAFF) (Filed on 2/6/2008) (Entered: 02/06/2008) |
| 02/06/2008 | | Sentencing as to Coleman Lau set for 2/21/2008 02:00 PM in Courtroom 6, 17th Floor, San Francisco before Hon. Vaughn R. Walker. (Entered: 02/06/2008) |
| 02/14/2008 | 17 | SENTENCING MEMORANDUM by USA as to Coleman Lau (Attachments: # 1 Attachment)(Geis, Stacey) (Filed on 2/14/2008) (Entered: 02/14/2008) |
| 02/19/2008 | 18 | SENTENCING MEMORANDUM by Coleman Lau (Attachments: # 1 Exhibit A)(Falk, Elizabeth) (Filed on 2/19/2008) (Entered: 02/19/2008) |
| 02/21/2008 | 21 | Minute Entry for proceedings held before Judge Hon. Vaughn R. Walker:Sentencing held on 2/21/2008 for Coleman Lau (1), Count(s) 1, 2, 3 yrs probation, with conditions, $200 special assessment. (Court Reporter Sahar McVickar.) (rhw, COURT STAFF) (Filed on 2/21/2008) (Entered: 02/25/2008) |
| 02/25/2008 | 19 | JUDGMENT in a Criminal Case as to Coleman Lau. Signed by Chief Judge Vaughn R. Walker on 2/22/2008. (cgk, COURT STAFF) (Filed on 2/25/2008) (Entered: 02/25/2008) |
| 02/25/2008 | 20 | Sealing Order - General Order 54 as to Coleman Lau. Signed by Judge Vaughn R. Walker on 2/22/2008. (cgk, COURT STAFF) (Filed on 2/25/2008) (Entered: 02/25/2008) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 02/27/2008 15:56:28 | | |
| PACER Login: | fp0065 | Client Code: |
| Description: | Docket Report | Search Criteria: | 3:07-cr-00482-VRW |
| Billable Pages: | 3 | Cost: | 0.24 |