IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>                   Plaintiff, )<br>  )<br>vs. )<br>  )<br>COLEMAN LAU, )<br>  )<br>                   Defendant. )<br>_____ ) | No. CR 07-00482 VRW<br><br>**ORDER EXONERATING BOND** |

    The bond previously posted is hereby EXONERATED.  The defendant's passport and any security previously posted may be returned to its owner.

    IT IS SO ORDERED.

DATED:  2/28/8

_____
HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

ORDER EXONERATING BOND