IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | No. CR 07-00482 VRW |
| vs. | ) ) | **ORDER EXONERATING BOND** |
| COLEMAN LAU, | ) ) | |
| Defendant. | ) ) ) | |

The bond previously posted is hereby EXONERATED. The defendant's passport and any security previously posted may be returned to its owner.

IT IS SO ORDERED.

DATED: 2/28/8

HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

ORDER EXONERATING BOND