02/27/2008 01:36 PM EDT                                                                                           Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Case No. DCAN307CR000482** | | US VS COLEMAN LAU | | | | | | | |
| 001 | COLEMAN LAU | 504100 | SPECIAL PENALTY ASSESSMENT | 200.00 | 0.00 | CT 34611016104 | 1 | PR | 200.00 | 02/22/2008 |
| | | | | | | Division Payment Total | | | 200.00 | |
| | | | | | | Grand Total | | | 200.00 | |

CR 07-482 VRW

$200.00 SPECIAL ASSESSMENT
PAID IN FULL on 2-22-08

**FILED**
MAR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 1 of 1