04/15/2008 03:33 PM EST                                                                                                                  Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Case No. DCAN307CR000482** | | | **US VS COLEMAN LAU** | | | | |
| 001 | COLEMAN LAU | 504100 | FINE-CRIME VICTIMS FUND | 2,000.00 | 0.00 | CT 34611017039 | 1 | PR | 600.00 | 03/17/2008 |
| 001 | COLEMAN LAU | 504100 | FINE-CRIME VICTIMS FUND | 2,000.00 | 0.00 | CT 34611017849 | 1 | PR | 1,400.00 | 04/07/2008 |
| | | | | | | Sub-Total | | | 2,000.00 | |
| 001 | COLEMAN LAU | 504100 | SPECIAL PENALTY ASSESSMENT | 200.00 | 0.00 | CT 34611016104 | 1 | PR | 200.00 | 02/22/2008 |
| | | | | | | Division Payment Total | | | 2,200.00 | |
| | | | | | | Grand Total | | | 2,200.00 | |

Page 1 of 1

**FILED**
APR 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

$2000.00 FINE PAID IN FULL on 4-7-08

CR 07-482 VRW